UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| COOPERATIVE MEDICAL CARE CORPORATION, P.A. *On behalf of itself and all those similarly situated*  Plaintiff, -vs- LIFESTYLE NUTRITION, INC.,  Defendant. | ) CASE NO.: 1:21-CV-00045 ) ) JUDGE JAMES S. GWIN ) ) ) ) ) **NOTICE OF DISMISSAL** ) ***WITHOUT* PREJUDICE** ) ) ) ) ) |

Now comes Plaintiff Cooperative Medical Health Care Corporation, P.A., by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of dismissal of this matter <u>without</u> prejudice.

                                                                                 Respectfully submitted,

                                                                                 */s/ Ronald I. Frederick*
                                                                                 Ronald I. Frederick (0063609)
                                                                                 Michael L. Berler (0086728)
                                                                                 Michael L. Fine (0077131)
                                                                                 FREDERICK & BERLER LLC
                                                                                 767 East 185th Street
                                                                                 Cleveland, OH 44119
                                                                                 Phone: (216) 502-1055
                                                                                 Fax: (216) 609-0750
                                                                                 ronf@clevelandconsumerlaw.com
                                                                                 mikeb@clevelandconsumerlaw.com
                                                                                 michaelf@clevelandconsumerlaw.com
                                                                                 *Attorneys for Plaintiff Cooperative Medical Health Care Corporation, P.A.*

## **CERTIFICATE OF SERVICE**

I certify that on this 1st day of July 2021 the foregoing, *Notice of Dismissal Without Prejudice*, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Additionally, a copy of the foregoing has been mailed to the following party:

Lifestyle Nutrition, Inc.
c/o Christopher Fuzy
1741 Coral Gardens Drive
Fort Lauderdale, FL 33334

*/s/ Ronald I. Frederick*
Ronald I. Frederick (0063609)
Frederick & Berler, LLC
*One of the attorneys for Plaintiff*
*Cooperative Medical Health Care*
*Corporation, P.A.*