The Court approves the dismissal without prejudice 7/8/21.
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| COOPERATIVE MEDICAL CARE CORPORATION, P.A.<br>*On behalf of itself and all those similarly situated*<br><br>Plaintiff,<br><br>-vs-<br><br>LIFESTYLE NUTRITION, INC.,<br><br>Defendant. | CASE NO.: 1:21-CV-00045<br><br>JUDGE JAMES S. GWIN<br><br><br>**NOTICE OF DISMISSAL**<br>***WITHOUT* PREJUDICE** |

Now comes Plaintiff Cooperative Medical Health Care Corporation, P.A., by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of dismissal of this matter <u>without</u> prejudice.

Respectfully submitted,

*/s/ Ronald I. Frederick*
Ronald I. Frederick (0063609)
Michael L. Berler (0086728)
Michael L. Fine (0077131)
FREDERICK & BERLER LLC
767 East 185th Street
Cleveland, OH 44119
Phone: (216) 502-1055
Fax: (216) 609-0750
ronf@clevelandconsumerlaw.com
mikeb@clevelandconsumerlaw.com
michaelf@clevelandconsumerlaw.com
*Attorneys for Plaintiff Cooperative Medical Health Care Corporation, P.A.*

1